Name & Address: Telephone: 818-501-8030 Fax-818-501-5306
Kathryn J. Halford, Esq. (CSBN 68141)
E-Mail: kjhalford@wkpyc.com
Wohlner Kaplon Phillips Young & Cutler
15456 Sherman Oaks, Suite 500, Sherman Oaks, CA 91403

Case 2:09-mc-50960-DPH-VMM Document 1-2 Filed 08/14/2009 Page 1 of 4

Case:2:09-mc-50960
Judge: Hood, Denise Page
MJ: Morgan, Virginia M
Filed: 08-14-2009 At 04:45 PM
CJ: THE BOARD OF DIR. OF THE MOTION
PICTURE IND. V. BOND FILMS NORTHN (K

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

The Boards of Directors of the Motion Picture Industry Pension Plan, etc.

Plaintiff(s)

v.

Bond Films North, Inc., a Michigan corporation

Defendant(s)

CASE No.

CV 09-0834-JFW (JTLx)

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

I _____Terry Nafisi_____, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on July 21, 2009
*Date*

as it appears in the record of this court, and that* *(see below)*

No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on __-4 AUG 2009__
*Date*

**TERRY NAFISI**
CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

* Insert the appropriate language:

"No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."

"no notice of appeal from this judgment has been filed, any motions of the kind s listed in Rule 4(a) of the Rules of Appellate Procedure [*] have been disposed of, the latest order disposing of such a motion having been entered on [date]."

"an appeal was taken from this judgment and this judgment was affirmed by mandate of the Court of Appeals issued on [date]."

"An appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[**NOTE:** The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment not withstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

1  Kathryn J. Halford (State Bar No. 68141)
   E-Mail: kjhalford@wkpyc.com
2  Krista Taylor (State Bar No. 254256)
   E-Mail: ktaylor@wkpyc.com
3  WOHLNER KAPLON PHILLIPS
   YOUNG & CUTLER
4  A Professional Corporation
   15456 Ventura Boulevard, Suite 500
5  Sherman Oaks, California 91403
   Telephone: (818) 501-8030
6  Facsimile:  (818) 501-5306

7  Attorneys for Plaintiffs the Boards of Directors
   of the Motion Picture Industry Pension Plan,
8  the Motion Picture Industry Individual Account
   Plan, and the Motion Picture Industry Health Plan
9

NOTE: CHANGES MADE BY THE COURT

JS-6

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12                    (Western Division)

13  THE BOARDS OF DIRECTORS OF           ) CASE NO. CV-09-0834-JFW (JTLx)
    THE MOTION PICTURE INDUSTRY PENSION )
14  PLAN, THE MOTION PICTURE INDUSTRY    )
    INDIVIDUAL ACCOUNT PLAN, AND         ) DEFAULT JUDGMENT
15  MOTION PICTURE INDUSTRY HEALTH       )
    PLAN,                                )
16                                       ) [Fed. R. Civ. P. 55(b)(2)]
                  Plaintiffs,            )
17                                       )
    v.                                   ) DATE:    July 27, 2009
18                                       ) TIME:    1:30 p.m.
                                         ) Courtroom: 16
19                                       )
    BOND FILMS NORTH, INC.,              ) Hon. John F. Walter
20  a Michigan corporation,              )
                                         )
21                                       )
                  Defendant              )
22                                       )
23  _____

24      The above-entitled matter came before the Honorable John F. Walter, Judge presiding in

25  Courtroom 16 of the above-entitled Court, pursuant to the motion of the Boards of Directors of

26  the Motion Picture Industry Pension Plan, the Motion Picture Industry Individual Account Plan,

27  and the Motion Picture Industry Health Plan to Enter Default Judgment.  The Court found that

28  this matter

was appropriate for decision without oral argument, pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15. The Court having considered said motion, and all other papers filed in this matter, and good cause appearing therein:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Boards of Directors of the Motion Picture Industry Pension Plan, the Motion Picture Industry Individual Account Plan, and the Motion Picture Industry Health Plan shall have judgment against Defendant, Bond Films North, a Michigan corporation ("Bond" or "Defendant") for the following: contributions for employees in the sum of $51,762.00; auditing costs in the sum of $11,430.00; liquidated damages in the sum of $49,730.85; interest in the sum of $49,730.85; for attorney's fees in the sum of $7,420.00; and for court costs in the sum of $1,023.80; for a total judgment of $171,097.50.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Defendant, its members, president, principals, representatives, employees, agents and all persons acting by, through or in concert with Defendant shall submit to Plaintiffs within thirty (30) days of service by **personal delivery** of a copy of this Judgment for an Accounting, all books and records concerning the classification of the employees of Defendant, their names, social security numbers, the amount of wages paid to each employee, and the hours worked, including, but not limited to, Individual Time Cards and/or start slips; Individual payroll ledger; Quarterly returns filed with the State of California (commonly known as "DE-3's or DE-6's") or filed with any other state agency; Accounts Payable/Cash Disbursement Journals (or canceled checks in lieu thereof); Quarterly returns filed with the Federal Government (Form 941); Cash Disbursement Journal; Cancelled checks and the check stub register; Invoices and backup for Cash Disbursement Journal, cancelled checks and the check stub register; Forms W-2 and W-3; Forms 1096's and 1099's; Workers' compensation carrier reports; General Ledger; Accounts Receivables and such other records as may be necessary in the opinion of the Plaintiffs' auditor, and any other records or information that the Plaintiffs require to examine for the period of July 27, 2003 to December 9, 2007.

1    IT IS FURTHER ORDERED that, in the event that Defendant cannot render an accounting, Defendant shall apply to the federal and state agencies with which defendant previously filed periodic reports pertaining to employees for copies of the defendant's reports to them for all of the periods for which defendant cannot produce records; and subsequently make available to the Plaintiffs all such copies of Defendant's periodic reports to the federal and state agencies and afford to the Plaintiffs both ample time and opportunity to examine all of the Defendant's materials specified above at such time and at such place as shall be convenient to the authorized representative of the Plaintiffs.

Date: July 21, 2009

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

I hereby attest and certify on 8/14/09 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK



1204

3